WILLIAM N. HOSSAN and JOHN B. NEUMULLER, Respondents, v. J. ARTHUR WARNER and JOSEPH H. YOUNG, Appellants.— Order denying defendants' motion to require the plaintiffs to separately state and number the causes of action set forth in the amended complaint, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Glennon and Cohn, JJ.

JACOB HEIMAN, Appellant, v. HENRY BISHOP and Others, Respondents, Impleaded with Others.— Order confirming report of referee and denying plaintiff's motion for leave to enter a deficiency judgment, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J. McAvoy, O'Malley, Glennon and Cohn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. MARGARET FRAZER, Appellant, v. RALPH H. ISHAM, Respondent.— Order, so far as appealed from, requiring the relator to keep the infant children of the parties within such distance from New York city that respondent will be able to have them visit him weekly, and specifically enjoining the relator from taking the infants with her to Miami Beach, Fla., unanimously affirmed, without costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Glennon and Cohn, JJ.; Glennon, J., taking no part.

IKE FRIEDBERG, Respondent, v. THE TRAVELERS INSURANCE COMPANY, Appellant.— Order denying defendant's motion to remove and consolidate with the above-entitled action an action between the same parties now pending in the Municipal Court, Borough of Manhattan, First District, unanimously reversed, with twenty dollars costs and disbursements, and the motion granted. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Glennon and Cohn, JJ.

In the Matter of the Application of MARGARET M. McCORMICK, Appellant for an Order of Mandamus against LEWIS J. VALENTINE, as Police Commissioner of the City of New York and as Trustee of the New York Police Department Pension Fund, Respondent.— Order denying petitioner's motion for an order of mandamus unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Glennon and Cohn, JJ.

In the Matter of the Application of RALPH C. BURCH and Others, Respondents, for a Mandamus Order against JAMES E. FINEGAN and Others, Constituting the Municipal Civil Service Commission of the City of New York, and Another, Appellants.— Order, granting petitioners' motion for a peremptory order of mandamus, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Glennon and Cohn, JJ.

ELIAS JACOBY, Doing Business under the Name and Style of JACOBY'S DEPARTMENT STORE, Appellant, v. THE AMERICAN INSURANCE COMPANY OF NEWARK, NEW JERSEY, Respondent.— Order, so far as appealed from, denying plaintiff's motion for a full bill of costs, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Glennon and Cohn, JJ.